**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Orlando INGRAM Defendant—
Appellant.**

**No. 03–6463.**

United States Court of Appeals,
Sixth Circuit.

Sept. 16, 2004.

Camille R. McMullen, Asst. U.S. Attorney, U.S. Attorney's Office, Memphis, TN, for Plaintiff-Appellee.

Jake E. Erwin, The Wagerman Law Firm, Memphis, TN, for Defendant-Appellant.

Before BOGGS, Chief Judge, GUY, Circuit Judge and STEEH, District Judge.*

### ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is there-

---

* The Honorable George C. Steeh, United States District Judge for the Eastern District of Michigan, sitting by designation.

fore ORDERED that said judgment be and it hereby is affirmed.